1  **LEW BRANDON, JR., ESQ.**
   Nevada Bar No. 5880
2  **KRIS D. KLINGENSMITH, ESQ.**
   Nevada Bar No. 13904
3  **MORAN BRANDON BENDAVID MORAN**
4  630 S. Fourth Street
   Las Vegas, Nevada 89101
5  (702) 384-8424
   (702) 384-6568 - *facsimile*
6  l.brandon@moranlawfirm.com
7  Attorneys for Defendant,
   THE VONS COMPANIES, INC.
8

9  **CORY M. JONES, ESQ.**
   Nevada Bar No. 5028
10 Jones Wilson LLP
   1522 W. Warm Springs Road
11 Henderson, Nevada 89014
   (702) 405-6000
12 cjones@joneswilson.com
13 Attorney for Plaintiff,
   MARK HUTCHISON

14

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MARK HUTCHISON, individually, | CASE NO.: 2:16-cv-02068-JCM-PAL |
| Plaintiff, | |
| v. | |
| THE VONS COMPANIES INC.; DOES I through X, inclusive; and ROE CORPORATIONS I through X inclusive, | |
| Defendants. | |

### STIPULATION AND ORDER
### FOR DISMISSAL WITH PREJUDICE, LEAVING NO REMAINING PARTIES

IT IS HEREBY STIPULATED AND AGREED TO by the undersigned that the above entitled matter be dismissed with prejudice, leaving no remaining parties, each party bear their

///

MORAN BRANDON
BENDAVID MORAN
ATTORNEYS AT LAW
630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE:(702) 384-8424
FAX: (702) 384-6568

Page 1 of 2

*CASE NO.: 2:16-cv-02068-JCM-PAL*
*MARK HUTCHISON V. THE VONS COMPANIES, INC.*

respective fees and costs incurred.

DATED this 6 day of JUNE, 2017.

| JONES WILSON LLP | MORAN BRANDON BENDAVID MORAN |
|---|---|
| /s/ Cory M. Jones, Esq. | /s/ Lew Brandon, Jr., Esq. |
| **CORY M. JONES, ESQ.** | **LEW BRANDON, JR., ESQ.** |
| Nevada Bar No. 5028 | Nevada Bar No. 5880 |
| 1522 W. Warm Springs Road | **KRIS D. KLINGENSMITH, ESQ.** |
| Henderson, Nevada 89014 | Nevada Bar No. 13904 |
| (702) 405-6000 | 630 S. Fourth Street |
| cjones@joneswilson.com | Las Vegas, Nevada 89101 |
| Attorney for Plaintiff, | Attorneys for Defendant, |
| MARK HUTCHISON | THE VONS COMPANIES, LLC |

**IT IS SO ORDERED** that the above entitled matter be dismissed with prejudice, leaving no remaining parties, each party bear their respective fees and costs incurred.

DATED July 26, 2017.

UNITED STATES DISTRICT JUDGE

*Respectfully Submitted by:*
**MORAN BRANDON BENDAVID MORAN**

**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**KRIS D. KLINGENSMITH, ESQ.**
Nevada Bar No. 13904
630 S. Fourth Street
Las Vegas, Nevada 89101
Attorneys for Defendant,
THE VONS COMPANIES, LLC



MORAN BRANDON
BENDAVID MORAN
ATTORNEYS AT LAW

630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE:(702) 384-8424
FAX: (702) 384-6568